Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19018−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Matthew Scott Anderson            Krista Ann Anderson
413 Cotton Street                 413 Cotton Street
South Plainfield, NJ 07080        South Plainfield, NJ 07080

Social Security No.:
  xxx−xx−2252                     xxx−xx−9330

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on May 4, 2023.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: May 4, 2023
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                    Case No. 22-19018-CMG
Matthew Scott Anderson                                                                 Chapter 13
Krista Ann Anderson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                      User: admin                      Page 1 of 4
Date Rcvd: May 04, 2023                 Form ID: 148                 Total Noticed: 62

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Scott Anderson, Krista Ann Anderson, 413 Cotton Street, South Plainfield, NJ 07080-4417 |
| 519763891 | + | Credit Corp Solutions, 404 Camino del Rio S #400, San Diego, CA 92108-3588 |
| 519763892 | + | Envision Physician Services, PO Box 8710, Pompano Beach, FL 33075-8710 |
| 519773915 | + | FROST ARNETT AGT FOR NEW JERSEY HEALTHCARE SPECIAL, PO BOX 198988, NASHVILLE, TN 37219-8988 |
| 519763895 | + | Hackensack Meridian Health JFK Med Cente, PO Box 95000-7705, Philadelphia, PA 19195-0001 |
| 519763900 | + | M. U. Rehman MD P, C,, PO Box 1135, Piscataway, NJ 08855-1135 |
| 519763902 | + | Mary Benedickson, 413 Cotton Street, South Plainfield, NJ 07080-4417 |
| 519763903 | + | Merck Employ, 126 E Lincoln Ave, Rahway, NJ 07065-4607 |
| 519763905 | + | Merck Rahw, 126 E Lincoln Ave, Rahway, NJ 07065-4607 |
| 519763915 | + | Shellpoint Mortgage Servicing, 413 Cotton Street, South Plainfield, NJ 07080-4417 |
| 519826752 | + | State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519763923 | + | University Childrens's Eye Center, 4 Cornwall Court, East Brunswick, NJ 08816-3357 |
| 519763928 | + | Wf/raymour, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 04 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 04 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: merckefcu@merckefcu.com | May 04 2023 20:37:00 | Merck Employees Federal Credit Union, 126 E. Lincoln Avenue, Rahway, NJ 07065-4607 |
| 519769360 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 04 2023 20:38:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 519763882 | + | Email/Text: bncnotifications@pheaa.org | May 04 2023 20:37:00 | Aes/navient, Pob 61047, Harrisburg, PA 17106-1047 |
| 519763883 | + | Email/Text: ebnbankruptcy@ahm.honda.com | May 04 2023 20:38:00 | Ahf, Po Box 168128, Irving, TX 75016-8128 |
| 519763884 | + | Email/PDF: bncnotices@becket-lee.com | May 04 2023 20:51:21 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 519763885 | + | EDI: BANKAMER.COM | May 05 2023 00:24:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519763886 | + | EDI: BANKAMER.COM | May 05 2023 00:24:00 | Bank Of America, N.a., Po Box 45144, Jacksonville, FL 32232-5144 |
| 519763887 | + | EDI: TSYS2 | May 05 2023 00:24:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 519763888 | + | EDI: CITICORP.COM | May 05 2023 00:24:00 | Bloomingdales/citibank, Po Box 6789, Sioux Falls, SD 57117-6789 |

Case 22-19018-CMG    Doc 31    Filed 05/06/23    Entered 05/07/23 00:14:36    Desc Imaged
                               Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: 148 | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 519763889 | + | Email/Text: clientservices@credit-control.com | May 04 2023 20:38:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628-6404 |
| 519763890 | + | EDI: WFNNB.COM | May 05 2023 00:24:00 | Comenity Bank/lnbryant, Po Box 182789, Columbus, OH 43218-2789 |
| 519763894 | | Email/Text: bankruptcy@frost-arnett.com | May 04 2023 20:36:00 | Frost - Arnett Company, PO Box 198988, Nashville, TN 37219 |
| 519763893 | + | Email/Text: EBNBKNOT@ford.com | May 04 2023 20:38:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519763896 | + | EDI: IRS.COM | May 05 2023 00:24:00 | Internal Revenue Service, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 519763898 | | EDI: JPMORGANCHASE | May 05 2023 00:24:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 519763897 | + | EDI: PHINGENESIS | May 05 2023 00:24:00 | Jared-galleria/genesis, Po Box 4485, Beaverton, OR 97076-4485 |
| 519763899 | + | Email/Text: PBNCNotifications@peritusservices.com | May 04 2023 20:36:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 519790232 | | Email/PDF: resurgentbknotifications@resurgent.com | May 04 2023 20:39:31 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519763901 | + | EDI: CITICORP.COM | May 05 2023 00:24:00 | Macys/cbna, Po Box 6789, Sioux Falls, SD 57117-6789 |
| 519763904 | + | Email/Text: merckefcu@merckefcu.com | May 04 2023 20:37:00 | Merck Employees FCU, 126 E Lincoln Avenue, Rahway, NJ 07065-4607 |
| 519763906 | + | Email/Text: bankruptcydpt@mcmcg.com | May 04 2023 20:38:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519763907 | + | EDI: NAVIENTFKASMSERV.COM | May 05 2023 00:24:00 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 519763908 | + | Email/Text: electronicbkydocs@nelnet.net | May 04 2023 20:38:00 | Nelnet Lns, Po Box 82561, Lincoln, NE 68501-2561 |
| 519810386 | + | Email/Text: mtgbk@shellpointmtg.com | May 04 2023 20:37:00 | NewRez LLC dba Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 519789919 | | EDI: PRA.COM | May 05 2023 00:24:00 | Portfolio Recovery Associates, LLC, c/o Synchrony Bank, POB 41067, Norfolk VA 23541 |
| 519763910 | + | EDI: PRA.COM | May 05 2023 00:24:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 519803959 | | EDI: Q3G.COM | May 05 2023 00:24:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519774641 | | EDI: Q3G.COM | May 05 2023 00:24:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519763911 | + | Email/Text: clientservices@remexinc.com | May 04 2023 20:37:00 | Remex , Inc, PO Box 457, Rocky Hill, NJ 08553-0457 |
| 519763912 | + | Email/Text: clientservices@remexinc.com | May 04 2023 20:37:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519763909 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 04 2023 20:37:00 | NJ Division of Taxation, 50 Barrack Street, Trenton, NJ 08695-0245 |
| 519763913 | + | Email/Text: bankruptcy@savit.com | May 04 2023 20:38:00 | Sa-vit Collection Agen, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519763914 | + | EDI: CITICORP.COM | May 05 2023 00:24:00 | Sears/cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 519763916 | + | Email/Text: clientservices@simonsagency.com | | |

Case 22-19018-CMG    Doc 31    Filed 05/06/23    Entered 05/07/23 00:14:36    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: 148 | Total Noticed: 62 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | May 04 2023 20:38:00 | Simons Agency Inc, 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519763917 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Syncb/floor, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519763918 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Syncb/lin, Po Box 965005, Orlando, FL 32896-5005 |
| 519763919 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 519763920 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Syncb/mc, Po Box 965005, Orlando, FL 32896-5005 |
| 519763921 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Syncb/pcri, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519765544 | + | EDI: RMSC.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519763922 | + | EDI: WTRRNBANK.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 519811312 | + | EDI: AIS.COM |  |  |
|  |  |  | May 05 2023 00:24:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519763925 | + | EDI: WFFC2 |  |  |
|  |  |  | May 05 2023 00:24:00 | Wells Fargo, Po Box 71092, Charlotte, NC 28272-1092 |
| 519763924 | + | EDI: WFFC2 |  |  |
|  |  |  | May 05 2023 00:24:00 | Wells Fargo, Po Box 14517, Des Moines, IA 50306-3517 |
| 519763926 | + | EDI: WFFC2 |  |  |
|  |  |  | May 05 2023 00:24:00 | Wells Fargo Bank Nv Na, Po Box 10335, Des Moines, IA 50306-0335 |
| 519808736 |  | EDI: WFFC2 |  |  |
|  |  |  | May 05 2023 00:24:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519763927 | + | EDI: WFFC2 |  |  |
|  |  |  | May 05 2023 00:24:00 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 49

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: 148 | Total Noticed: 62 |

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Allison J. Kiffin | on behalf of Creditor Merck Employees Federal Credit Union collections@peterliska.com |
| John Anthony Monari | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing jmonari@pincuslaw.com  brausch@pincuslaw.com |
| Steven J Sico | on behalf of Joint Debtor Krista Ann Anderson sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com |
| Steven J Sico | on behalf of Debtor Matthew Scott Anderson sjs@stevensico.com stevensico@gmail.com;casedriverecf@casedriver.com;signilmel@gmail.com;3295273420@filings.docketbird.com;sico.stevenr98032@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Valerie A. Hamilton | on behalf of Creditor New Jersey Division Of Taxation Valerie.Hamilton@law.njoag.gov |

TOTAL: 7